# Exhibit A

# Supreme Court of Pennsylvania
## Court of Common Pleas
### Civil Cover Sheet
Luzerne _____ County

| For Prothonotary Use Only: | |
|---|---|
| Docket No: **202604350** | *TIME STAMP* |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

## SECTION A

**Commencement of Action:**
☒ Complaint    ☐ Writ of Summons    ☐ Petition
☐ Transfer from Another Jurisdiction    ☐ Declaration of Taking

| Lead Plaintiff's Name: John and April Kivler, as PNG of E.K., a minor | Lead Defendant's Name: Wolf Licensee, LLC |
|---|---|

**Are money damages requested?** ☒ Yes   ☐ No | Dollar Amount Requested: (check one)    ☐ within arbitration limits   ☒ outside arbitration limits

**Is this a *Class Action Suit*?** ☐ Yes   ☒ No    **Is this an *MDJ Appeal*?** ☐ Yes   ☒ No

Name of Plaintiff/Appellant's Attorney: Lane R. Jubb, Jr., Esquire

☐ **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

## SECTION B

**Nature of the Case:**   Place an "X" to the left of the **ONE** case category that most accurately describes your *PRIMARY CASE*. If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
☐ Intentional
☐ Malicious Prosecution
☐ Motor Vehicle
☐ Nuisance
☐ Premises Liability
☐ Product Liability *(does not include mass tort)*
☒ Slander/Libel/ Defamation
☐ Other: _____

**MASS TORT**
☐ Asbestos
☐ Tobacco
☐ Toxic Tort - DES
☐ Toxic Tort - Implant
☐ Toxic Waste
☐ Other: _____

**PROFESSIONAL LIABLITY**
☐ Dental
☐ Legal
☐ Medical
☐ Other Professional: _____

**CONTRACT** *(do not include Judgments)*
☐ Buyer Plaintiff
☐ Debt Collection: Credit Card
☐ Debt Collection: Other
_____
☐ Employment Dispute: Discrimination
☐ Employment Dispute: Other
_____
☐ Other: _____

**REAL PROPERTY**
☐ Ejectment
☐ Eminent Domain/Condemnation
☐ Ground Rent
☐ Landlord/Tenant Dispute
☐ Mortgage Foreclosure: Residential
☐ Mortgage Foreclosure: Commercial
☐ Partition
☐ Quiet Title
☐ Other: _____

**CIVIL APPEALS**
Administrative Agencies
☐ Board of Assessment
☐ Board of Elections
☐ Dept. of Transportation
☐ Statutory Appeal: Other
_____
☐ Zoning Board
☐ Other: _____

**MISCELLANEOUS**
☐ Common Law/Statutory Arbitration
☐ Declaratory Judgment
☐ Mandamus
☐ Non-Domestic Relations Restraining Order
☐ Quo Warranto
☐ Replevin
☐ Other: _____

*Updated 1/1/2011*

**THE BEASLEY FIRM, LLC**                              *Attorneys for Plaintiffs*
BY:    LANE R. JUBB, JR., ESQUIRE
       RACHEL S. PHILLIPS, ESQUIRE
ID No.  319272 / 337963
1125 Walnut Street
Philadelphia, PA  19107-4997
(215) 592-1000, (215) 592-8360 (Facsimile)

| | |
|---|---|
| **JOHN AND APRIL KIVLER, AS PARENTS AND NATURAL GUARDIANS OF E.K., A MINOR** <br> 339 Garfield St, <br> Nanticoke, PA 18634 <br><br> *Plaintiffs,* <br><br> vs. <br><br> **WOLF LICENSEE, LLC** <br> 1181 Highway 315 <br> Wilkes-Barre, PA 18702 <br><br> and <br><br> **NEW AGE MEDIA MANAGEMENT, LLC** <br> 251 Little Falls Drive <br> Wilmington, Delaware 19808 <br><br> and <br><br> **FOX CORPORATION** <br> 1211 Avenue of the Americas, <br> New York, New York 10036 <br><br> and <br><br> **FOX BROADCASTING COMPANY, LLC** <br> 1211 Avenue of the Americas, <br> New York, New York 10036 <br><br> and <br><br> **SINCLAIR, INC.** <br> 10706 Beaver Dam Road, <br> Hunt Valley, Maryland 21030 | LUZERNE COUNTY <br> *Court of Common Pleas* <br><br> No.: ___202604350___ <br><br> JURY TRIAL DEMANDED <br><br> NOTICE TO DEFEND |

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA  19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

1

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
NOTICE TO DEFEND

|  |  |
|---|---|
| and | : |
| | : |
| **SINCLAIR BROADCAST GROUP, LLC** | : |
| 10706 Beaver Dam Road, | : |
| Hunt Valley, Maryland 21030 | : |
| | : |
| and | : |
| | : |
| **SINCLAIR TELEVISION GROUP, INC.** | : |
| 10706 Beaver Dam Road, | : |
| Hunt Valley, Maryland 21030 | : |
| *Defendants.* | : |

<div style="display:flex">

**"NOTICE"**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

North Penn Legal Services, Inc.
33 N. Main Street, Suite 220
Pittston, PA 18640
(570) 299-4100
(877) 953-4250 Toll Free
(570) 824-0001 Fax

101 West Broad Street, Suite 513
Hazleton, PA 18201
(570) 455-9512
(877) 953-4250 Toll Free
(570) 455-3625 Fax

**"AVISO"**

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas dispuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objecciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades o otros derechos iportantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA QUE SE ENCUENTRA ESCRITA ABAJO. ESTA OFICINA PUEDE PROVEER DE USTED INFORMACION SOBRE EMPLEAR A UN ABOGADO. SI USTED NO TIENE SUFICIENTE DINERO PARA EMPLEAR UN ABOGADO, ESTA OFICINA PUEDE PODER PROVEER DE USTED LA INFORMACION SOBRE LAS AGENCIAS QUE PUEDEN OFRECER SERVICIOS LEGAL A LAS PERSONAS ELEGIBLES EN UN HONORARIO REDUCIDO O NINGUN HONORARIO.

Servicios Legales de North Penn, Inc.
33 la Calle Main del Norte, Oficina 200
Pittston, PA 18640
(570) 299-4100
(877) 953-4250 Llamada gratuita
(570) 824-0001 Fax

101 la Calle Broad del Oeste, Oficina 513
Hazleton, PA 18201
(570) 455-9512
(877) 953-4250 Llamada gratuita
(570) 455-3625 Fax

</div>

2

The Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107
215.592.1080
215.592.8360 (Fax)
www.beasleyfirm.com

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
NOTICE TO DEFEND

**THE BEASLEY FIRM, LLC**
BY:    LANE R. JUBB, JR., ESQUIRE
        RACHEL S. PHILLIPS, ESQUIRE
ID No.   319272 / 337963
1125 Walnut Street
Philadelphia, PA 19107-4997
(215) 592-1000
(215) 592-8360 (Facsimile)

*Attorneys for Plaintiffs*

| | |
|---|---|
| **JOHN AND APRIL KIVLER, AS PARENTS AND NATURAL GUARDIANS OF E.K., A MINOR** <br> 339 Garfield St, <br> Nanticoke, PA 18634 <br><br>                    *Plaintiffs,* <br><br><br>      vs. <br><br> **WOLF LICENSEE, LLC** <br> 1181 Highway 315 <br> Wilkes-Barre, PA 18702 <br><br>        and <br><br> **NEW AGE MEDIA MANAGEMENT, LLC** <br> 251 Little Falls Drive <br> Wilmington, Delaware 19808 <br><br>        and <br><br> **FOX CORPORATION** <br> 1211 Avenue of the Americas, <br> New York, New York 10036 <br><br>        and <br><br> **FOX BROADCASTING COMPANY, LLC** <br> 1211 Avenue of the Americas, <br> New York, New York 10036 <br><br>        and <br><br> **SINCLAIR, INC.** <br> 10706 Beaver Dam Road, | LUZERNE COUNTY <br> *Court of Common Pleas* <br><br> No.: **202604350** <br><br> JURY TRIAL DEMANDED <br><br> COMPLAINT |

1

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360(FAX)
WWW.BEASLEYFIRM.COM

**KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.**
COMPLAINT

Hunt Valley, Maryland 21030 :

and :

**SINCLAIR BROADCAST GROUP, LLC** :
10706 Beaver Dam Road, :
Hunt Valley, Maryland 21030 :

and :

**SINCLAIR TELEVISION GROUP, INC.** :
10706 Beaver Dam Road, :
Hunt Valley, Maryland 21030 :

                              *Defendants.* :

## PLAINTIFFS' COMPLAINT

### I.    PARTIES

1.    Plaintiffs, John and April Kivler, are adult individuals and citizens of the Commonwealth of Pennsylvania, residing therein at 339 Garfield Street, Nanticoke, PA 18634.

2.    Plaintiffs, John and April Kivler, are the parents and natural guardians of E.K., a minor.

3.    Defendant Wolf Licensee, LLC, is a corporation that operates WOLF-TV (Channel 56), a Fox-affiliated television station, at 1181 Highway 315, Wilkes-Barre, PA 18702.

4.    Defendant New Age Media Management, LLC, is a Delaware corporation that operates WOLF-TV (Channel 56) a Fox-affiliated television station with a principal place of business at 251 Little Falls Drive, Wilmington, Delaware 19808.

2

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
COMPLAINT

5. Defendant Fox Corporation is a news, sports, and entertainment company, with a principal place of business at 1211 Avenue of the Americas, New York, New York 10036.

6. Defendant Fox Broadcasting Company, LLC, is a news, sports, and entertainment company, with a principal place of business at 1211 Avenue of the Americas, New York, New York 10036.

7. Upon information and belief, Fox Broadcasting Company, LLC, is a wholly owned subsidiary of Fox Corporation.

8. Defendant Sinclair, Inc., is a media company that provides digital content through third-party platforms with a principal place of business at 10706 Beaver Dam Road, Hunt Valley, Maryland 21030.

9. Defendant Sinclair Broadcast Group, LLC, is a limited liability company that provides digital content through third-party platforms with a principal place of business at 10706 Beaver Dam Road, Hunt Valley, Maryland 21030.

10. Defendant Sinclair Television Group, Inc., is a corporation that provides digital content through third-party platforms with a principal place of business at 10706 Beaver Dam Road, Hunt Valley, Maryland 21030.

11. Upon information and belief, Sinclair Television Group, Inc., is a wholly owned subsidiary of Sinclair Broadcast Group, LLC.

12. At all times material hereto, Robert Ide was an employee, agent, and/or ostensible agent, of Defendants Wolf Licensee, LCC, New Age Media Management, LLC, Fox Corporation, Fox Broadcasting Company, LLC, Sinclair, Inc., Sinclair Broadcast Group, LLC, and Sinclair Television Group, Inc.

3

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

13.    Each and every Defendant is liable for the acts of its agents, servants, and/or employees.

## II.    JURISDICTION AND VENUE

14.    This Court has jurisdiction in that the amount in controversy exceeds the arbitration limits, and Plaintiffs demand a jury trial.

15.    Venue is proper for this action as the Defendants regularly do business in the County of Luzerne, Defendants actively advertise towards Luzerne County, and the alleged negligent actions all occurred in Luzerne County.

## III.    FACTS

16.    On February 24, 2026, Defendants published an article on their website, Fox56 (WOLF)[1], titled, "District 2 wresting recap," authored by Robert Ide (hereinafter "Article"). Defendants' Article is attached Exhibit "A".

17.    Fox56 (WOLF), is a Pennsylvania based news station that provides coverage of local events in the Wilkes-Barre area, including on a digital platform that is available nationally to any viewer without a subscription.

18.    Upon information and belief, Defendants own the license for Fox56 (WOLF) and operate the digital news platform.

19.    The Article was published exclusively by Defendants and was published on the internet for anyone to read.

20.    The Article covered the district wrestling championships held at Wiles-Barre Area High School, including one of the competitors, E.K.

21.    E.K., is a 16-year-old student athlete, who won her match at the district

---

[1] https://fox56.com

4

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

championships.

22.     E.K. is a prominent and well-respected student athlete, and her athletic success has led to sponsorships and a positive reputation.

23.     Given both her athletic and professional successes as a student athlete, E.K. intends to wrestle at the collegiate level and eventually pursue a career in this field.

24.     As such, E.K.'s reputation in this field is incredibly important.

25.     Shortly after being crowned district champion on February 21, 2024, a reporter from Fox56 (Wolf) requested to interview E.K., and E.K. agreed.

26.     During this recorded interview, E.K. described the match and her strategy for how she planned to prevail.

27.     However, on February 24, 2026, Defendants published the Article that did not use the quote E.K. provided, but rather an entirely different quote that E.K. never said and completely inconsistent with the recorded audio.

28.     Specifically, the Article attributed the following quote to E.K, a young girl: "I rushed out already moist. My mouth. I want my face. We just carry it on. So I knew what she was going to go for. Somebody gets it. I knew she was going to make a few mistakes, but not everybody makes mistakes. They were was. 20." *See* Exhibit "A".

29.     E.K. did not provide this quote or state anything remotely similar to this.

30.     E.K. discovered that Defendants published the Article, including the completely fabricated quote while at school that morning.

31.     When searching E.K.'s name in Google followed by "Fox56", on February 24, 2026, the Article appeared as the first search result.

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

5

32.    After the article was published, students began to bully and taunt E.K. over Defendants' false quote which included lewd, sexually explicit, highly embarrassing language attributed to a young girl.

33.    Despite the obvious falsehood of this quote, Defendants did not take the public Article off its website until after Plaintiffs notified Defendants of the false quote and demanded that the Article be taken down.

34.    As a direct and proximate result of Defendants' defamatory statements, Plaintiff has suffered reputational harm, economic harm, in addition to the non-economic damages that naturally flow therefrom including embarrassment and humiliation.

## IV.    THEORIES OF LIABILITY

<div align="center">

### COUNT I
#### DEFAMATION
#### *Plaintiffs. v. Defendants*

</div>

35.    Plaintiffs incorporate by reference the other averments contained in this Complaint as though fully set forth at length herein.

36.    Defendants' quotation attributed to E.K. is completely false.

37.    Defendants knowingly (or with reckless disregard) created, published, and spread an unfair and inaccurate interview.

38.    Defendants knew (or recklessly disregarded) that their false quotations and remarks involving Minor-Plaintiff were false and misleading. Indeed, Defendants possessed the recording of the interview, which clearly demonstrates that the quote Defendants attributed to Minor-Plaintiff is entirely inaccurate.

39.    Defendants' false and defamatory statements, innuendos, and implications have severely injured Minor-Plaintiff in that they have tended to blacken and besmirch

<div align="center">6</div>

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

Minor-Plaintiff's reputation, have exposed Minor-Plaintiff to public contempt, ridicule, and hatred, have conveyed the impression that Minor-Plaintiff made a sexually explicit comment regarding a wrestling match, and has detracted from Minor-Plaintiff's respect as a student-athlete.

40.    As a proximate result of the Defendants' intentional and reckless conduct as set forth above, Plaintiffs are entitled to such damages as will compensate Plaintiffs for the injury to Minor-Plaintiff's professional and personal reputation, and punitive damages to punish the Defendants for their conduct and deter them and others similarly situated from similar acts in the future.

**WHEREFORE**, Plaintiffs demand judgment against all Defendants, jointly, severally and/or individually, in an amount substantially in excess of the jurisdictional limit, compensatory damages, punitive damages, plus costs, delay damages, and such other relief as this Honorable Court deems just and appropriate under the circumstances.

## COUNT II
### FALSE LIGHT
#### *Plaintiffs. v. Defendants*

41.    Plaintiffs incorporate by reference the other averments contained in this Complaint as though fully set forth at length herein.

42.    Defendants' quotation attributed to Minor-Plaintiff is false.

43.    Defendants negligently and/or knowingly (or with reckless disregard) created, published, and spread an unfair, inaccurate and false quotation that placed Minor-Plaintiff in a false light.

44.    Defendants knew (or recklessly disregarded) that their statements,

7

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
COMPLAINT

implications, and innuendoes surrounding Minor-Plaintiff were false and misleading.

45.    The aforementioned false light in which Minor-Plaintiff was placed would be highly offensive to a reasonable person.

46.    As described above, the Defendants had knowledge of, or acted in reckless disregard as to, the falsity of the matter they communicated and the false light in which Plaintiff was produced.

47.    The publication has caused Minor-Plaintiff irreparable harm to her reputation and business as well as mental suffering, shame, humiliation, physical and emotional distress, and significant foreseeable bullying.

48.    As a proximate result of the Defendants' negligent, willful, and/or reckless conduct as set forth above, Plaintiffs are entitled to such damages as will compensate Plaintiffs for the injury to Minor-Plaintiff's professional and personal reputation, and punitive damages to punish the Defendants for their conduct and deter them and others similarly situated from similar acts in the future.

**WHEREFORE**, Plaintiffs demand judgment against all Defendants, jointly, severally and/or individually, in an amount substantially in excess of the jurisdictional limit, compensatory damages, punitive damages, plus costs, delay damages, and such other relief as this Honorable Court deems just and appropriate under the circumstances.

## NOTICE OF PRESERVATION OF EVIDENCE

PLAINTIFF HEREBY DEMANDS AND REQUESTS THAT DEFENDANTS TAKE NECESSARY ACTION TO ENSURE THE PRESERVATION OF ALL DOCUMENTS, COMMUNICATIONS, WHETHER ELECTRONIC OR OTHERWISE, ITEMS AND

8

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
COMPLAINT

THINGS IN THE POSSESSION OR CONTROL OF ANY PARTY TO THIS ACTION, OR ANY ENTITY OVER WHICH ANY PARTY TO THIS ACTION HAS CONTROL, OR FROM WHOM ANY PARTY TO THIS ACTION HAS ACCESS TO, ANY DOCUMENTS, ITEMS, OR THINGS WHICH MAY IN ANY MANNER BE RELEVANT TO OR RELATE TO THE SUBJECT MATTER OF THE CAUSES OF ACTION AND/OR THE ALLEGATIONS OF THIS COMPLAINT.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a jury trial.

THE BEASLEY FIRM, LLC

BY:    /s/ Lane R. Jubb, Jr.
        LANE R. JUBB, JR., ESQ.
        RACHEL S. PHILLIPS, ESQ.
        *Attorneys for Plaintiffs*

Dated: April 9, 2026

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
COMPLAINT

## VERIFICATION

I hereby verify that the statements made in the foregoing Complaint are true and correct to the best of my knowledge, information and belief. The undersigned understands that the statements therein are made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

John Kivler

April Kivler

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
VERIFICATION

# CONFIDENTIAL
# DOCUMENT FORM



*Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*
204 Pa. Code § 213.81
www.pacourts.us/public-records

Kivler, et al.
_____
(Party name as displayed in case caption)

Vs.

Wolf Licensee, LLC, et al
_____
(Party name as displayed in case caption)

**202604350**
_____
Docket/Case No.

Luzerne County, CCP
_____
Court

This form is associated with the pleading titled Complaint_____, dated April 9_____, 2026.

Pursuant to the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*, the Confidential Document Form shall accompany a filing where a confidential document is required by law, ordered by the court, or is otherwise necessary to effect the disposition of a matter. This form shall be accessible to the public, however the documents attached shall not be publicly accessible, except as ordered by a court. The documents attached will be available to the parties, counsel of record, the court, and the custodian. **Please only attach documents necessary for the purposes of this case. Complete the entire form and check all that apply. This form and any additional pages must be served on all unrepresented parties and counsel of record.**

| Type of Confidential Document | Paragraph, page, etc. where the confidential document is referenced in the filing: |
|---|---|
| ☐ Financial Source Documents | |
| ☐ Tax Returns and schedules | |
| ☐ W-2 forms and schedules including 1099 forms or similar documents | |
| ☐ Wage stubs, earning statements, or other similar documents | |
| ☐ Credit card statements | |
| ☐ Financial institution statements (e.g., investment/bank statements) | |
| ☐ Check registers | |
| ☐ Checks or equivalent | |
| ☐ Loan application documents | |
| ☒ Minors' educational records | Exhibit "A" |
| ☐ Medical/Psychological records | |
| ☐ Children and Youth Services' records | |
| ☐ Marital Property Inventory and Pre-Trial Statement as provided in Pa.R.C.P. No. 1920.33 | |
| ☐ Income and Expense Statement as provided in Pa.R.C.P. No. 1910.27(c) | |
| ☐ Agreements between the parties as used in 23 Pa.C.S. §3105 | |

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

/s/ Lane R. Jubb, Jr.
_____
Signature of Attorney or Unrepresented Party

Name: Lane R. Jubb, Jr., Esq._____

Address: 1125 Walnut Street_____

Philadelphia, PA 19107_____

04/09/26
_____
Date

Attorney Number: (if applicable) 319272

Telephone: (215) 592-1000_____

Email: lane.jubb@beasleyfirm.com_____

Rev. 7/2018

# <u>CONFIDENTIAL</u>

# EXHIBIT "A"

2/24/26, 9:11 AM                                                    District 2 wrestling recap

14°
WATCH

ADVERTISEMENT



Start free trial    **Acrob**

# District 2 wrestling recap

by Robert Ide
Tue, February 24, 2026 at 12:30 AM
Updated Tue, February 24, 2026 at 8:08 AM



00:00 ⃝                                                                03:32

*Wrestling.jpg*

14°

WATCH

**TOPICS:**  WRESTLING   DISTRICT 2   GIRLS WRESTLING   BOYS WRESTLING   CHAMPIONS   FRESHMEN   PINS   PIAA STAT

It was a full house at Wilkes-Barre Area High School Saturday for the district two wrestling championships. We'll start girls 100 pound finals.

Lackawanna Trail Freshman Cidney Schaffer pins Nanticoke's Matilda Serrano at the 1:10 mark of the 1st period

Cidney Shaffer/District Champion(Lackawanna Trail) syas, "She was very strong and I was I was so confident. But when I got the first takedown, I didn't give up a little scramble there, but I kept my mind and I just kept rolling and I and I secured the fall. "

ADVERTISEMENT

At 112 lbs-: Nanticoke's Emily Kivler. pins Wallenpaupacks. Gia Silva in the 1st for her 2nd district title.

Emily Kivler/District Champion(Nanticoke) says, " I rushed out already moist. My mouth. I want my face. We just carry it on. So I knew what she was going to go for. Somebody gets it. I knew she was going to make a few mistakes, but not everybody makes mistakes. They were was. 20

14°    WATCH

at 155 lbs, Abington Heights Freshman Hayden Manning wins her schools first ever girls title with a pin of Honesdale's Leonara Anton.

Hayden Manning/District Champion(Abington Heights) says, " Very good opponent, I mean, I thought it was pretty easy match for me, but I think she was very strong in wrestling.

Ide asks, How much confidence you have, even in being a freshman that you know you're doing pretty well?

Manning answers, "I think I have a good amount of confidence, but I try not to be too cocky in every match thinking I can win, but that doesn't mean I'm gone. "

170 lbs, Kate Prior from Delaware Valley upsets two time defending champion Sierra Ripka from Nanticoke 6-3.

On the boys side, Last season the Benyo Brother from Hazleton Area were suspended from competing after attending West Scranton. Both came back with avengance.

at 114 lbs, Gabe wins a 3-2 decision over Abington Heights Dakota Sandy

Then at 121, Jake Scored a technical fall over the invaders Santino Aniska

Ide asks " what does it feel like to see your brother win?

Gabe Benyo, District champion(Hazleton Area says , It was pretty cool. "

Ide asks , And you ?

Jake Benyo, District champion(Hazleton Area) added" I probably got more nervous watching him then wrestling. I mean, I don't really get nervous before my matches, but when Gabriel says before me, then I get, like, I'm just, like, already nervous from watching him."

127 lbs, In a battle of former district champs. Hanover Area's CJ Caine beats Bleu Ridge's Brice Woodruff by technical fall 15-0.

14°
WATCH

Ide asks, What gives you confidence coming in as a freshman, You could be a district champ ?

Micah Engelman, District Champion(Crestwood) answers, "I have more experience than these guys. I wrestle a lot of top tiers in my past and I know I could be anyone here.

Next up for these district two champions and many more will be regionals next week. They all hope to make the PIAA states starting March 5th in Hershey for them

---

💬 **BE THE FIRST TO COMMENT**

---

state championships.

**SPONSORED CONTENT**                                                   by Taboola

**What's New on Paramount+**

Paramount+ | SPONSORED                                        ( **Learn more** )

**College Basketball on CBS**

Paramount+ | SPONSORED                                        ( **Sign up** )

**Seniors Above 55 Years of Age Can Now Fly Business Class For The Price of Economy Using This**

Smart Travel Tips | SPONSORED                                 ( **Learn More** )

**MORE TO EXPLORE**

**Gas leak closes Viewmont Mall, building evacuated**

**How much cash should you keep at home?**

**Coroner identifies two killed in Northampton Co. crash**

District 2 wrestling recap

14° **WATCH**

**THE BEASLEY FIRM, LLC**                          *Attorneys for Plaintiffs*
By:    LANE R. JUBB, JR., ESQ.
       RACHEL S. PHILLIPS, ESQ.
I.D. No.  319272/337963
1125 Walnut Street
Philadelphia, PA  19107-4997
215.592.1000
215.592.8360 (telefax)

| | | |
|---|---|---|
| **JOHN AND APRIL KIVLER, AS** | : | LUZERNE COUNTY |
| **PARENTS AND NATURAL GUARDIANS** | : | *Court of Common Pleas* |
| **OF E.K., A MINOR** | : | |
| | : | NO. 202604350 |
| *Plaintiffs,* | : | |
| vs. | : | |
| | : | |
| **WOLF LICENSEE, LLC, et al.** | : | |
| | : | |
| *Defendants.* | : | |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

        Kindly enter my appearance as co-counsel on behalf of Plaintiffs with regard to the

above-captioned matter.

                                **THE BEASLEY FIRM, LLC**

                                By:    */s/Rachel S. Phillips*
                                       RACHEL S. PHILLIPS, ESQUIRE
                                       *Attorney for Plaintiffs*

Date: 14 April 2026

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA  19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
ENTRY OF APPEARANCE

**THE BEASLEY FIRM, LLC**                              *Attorneys for Plaintiffs*
By:    LANE R. JUBB, JR., ESQ.
       RACHEL S. PHILLIPS, ESQ.
I.D. No.  319272/337963
1125 Walnut Street
Philadelphia, PA  19107-4997
215.592.1000
215.592.8360 (telefax)

| | | |
|---|---|---|
| **JOHN AND APRIL KIVLER, AS** | : | LUZERNE COUNTY |
| **PARENTS AND NATURAL GUARDIANS** | : | *Court of Common Pleas* |
| **OF E.K., A MINOR** | : | |
| | : | NO. 202604350 |
| *Plaintiffs,* | : | |
| vs. | : | |
| | : | |
| **WOLF LICENSEE, LLC, et al.** | : | |
| | : | |
| *Defendants.* | : | |

## CERTIFICATE OF SERVICE

I, Rachel S. Phillips, Esq., hereby certify that the foregoing has been served on the following entities:

Defendant Wolf Licensee, LLC
*Via Sheriff Service*

Defendant New Age Media Management, LLC
Fox Corporation
Defendant Fox Broadcasting Company, LLC
Defendant Sinclair, Inc.
Defendant Sinclair Broadcast Group, LLC
Defendant Sinclair Television Group, Inc.
*Via Certified Mail*

**THE BEASLEY FIRM, LLC**

By:    */s/ Rachel S. Phillips*
       RACHEL S. PHILLIPS, ESQ.
       *Attorney for Plaintiffs*

Dated: 14 April 2026

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
CERTIFICATE OF SERVICE

**THE BEASLEY FIRM, LLC**                          *Attorneys for Plaintiffs*
By:    LANE R. JUBB, JR., ESQ.
       RACHEL S. PHILLIPS, ESQ.
I.D. No.  319272/337963
1125 Walnut Street
Philadelphia, PA  19107-4997
215.592.1000
215.592.8360 (telefax)

| | | |
|---|---|---|
| **JOHN AND APRIL KIVLER, AS** | : | LUZERNE COUNTY |
| **PARENTS AND NATURAL GUARDIANS** | : | *Court of Common Pleas* |
| **OF E.K., A MINOR** | : | |
| | : | NO. 202604350 |
| *Plaintiffs,* | : | |
| vs. | : | |
| | : | |
| **WOLF LICENSEE, LLC, et al.** | : | |
| | : | |
| *Defendants.* | : | |

## AFFIDAVIT OF SERVICE

I, Rachel S. Phillips, Esquire, hereby state that I caused to be served upon Defendant, Sinclair Broadcast Group, LLC, a true and correct copy of the time-stamped Complaint on 20 April 2026, as captioned, by Certified Mail, Return Receipt Requested, postage prepaid, under Pennsylvania Rule of Civil Procedure 404, at 10706 Beaver Dam Road, Hunt Valley, MD 21030.  See copy of correspondence, Certified Mail Return Receipt Card and USPS Tracking Information attached hereto as Exhibit "A".

<div align="center" style="text-align:right">

**THE BEASLEY FIRM, LLC**

By:    */s/Rachel S. Phillips*
       RACHEL S. PHILLIPS, ESQUIRE
       *Attorney for Plaintiffs*

</div>

Date: 28 April 2026

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA  19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

<div align="center">

**KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.**
AFFIDAVIT OF SERVICE

</div>

**THE BEASLEY FIRM, LLC**                    *Attorneys for Plaintiffs*
By:    LANE R. JUBB, JR., ESQ.
       RACHEL S. PHILLIPS, ESQ.
I.D. No.  319272/337963
1125 Walnut Street
Philadelphia, PA  19107-4997
215.592.1000
215.592.8360 (telefax)

| | | |
|---|---|---|
| **JOHN AND APRIL KIVLER, AS PARENTS AND NATURAL GUARDIANS OF E.K., A MINOR** | : : : | LUZERNE COUNTY *Court of Common Pleas* |
| | : | NO. 202604350 |
| *Plaintiffs,* | : | |
| vs. | : : | |
| **WOLF LICENSEE, LLC, et al.** | : : | |
| *Defendants.* | : | |

## CERTIFICATE OF SERVICE

I, Rachel S. Phillips, Esq., hereby certify that the foregoing has been served on the following entities:

Defendant Wolf Licensee, LLC
1181 Highway 315
Wilkes-Barre, PA  18702
*Via U.S. Mail*

Defendant New Age Media Management, LLC
251 Little Falls Drive
Wilmington, DE  19808
*Via U.S. Mail*

Defendant, Fox Corporation
1211 Avenue of the Americas
New York, NY  10036
*Via U.S. Mail*

Defendant Fox Broadcasting Company, LLC
1211 Avenue of the Americas
New York, NY  10036
*Via U.S. Mail*

1

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA  19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
CERTIFICATE OF SERVICE

FILED PROTHONOTARY LUZERNE COUNTY        04/28/2026    12:15:32 PM        Docket # 202604350      Item # 11

Defendant Sinclair, Inc.
10706 Beaver Dam Road
Hunt Valley, MD  21030
*Via U.S. Mail*

Defendant Sinclair Broadcast Group, LLC
10706 Beaver Dam Road
Hunt Valley, MD  21030
*Via U.S. Mail*

Defendant Sinclair Television Group, Inc.
10706 Beaver Dam Road
Hunt Valley, MD  21030
*Via U.S. Mail*

**THE BEASLEY FIRM, LLC**

By:    */s/ Rachel S. Phillips*
       RACHEL S. PHILLIPS, ESQ.
       *Attorney for Plaintiffs*

Dated: 28 April 2026

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

2

**KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.**
CERTIFICATE OF SERVICE

**THE BEASLEY FIRM, LLC**                     *Attorneys for Plaintiffs*
By:    LANE R. JUBB, JR., ESQ.
       RACHEL S. PHILLIPS, ESQ.
I.D. No.  319272/337963
1125 Walnut Street
Philadelphia, PA  19107-4997
215.592.1000
215.592.8360 (telefax)

| | | |
|---|---|---|
| **JOHN AND APRIL KIVLER, AS** | : | LUZERNE COUNTY |
| **PARENTS AND NATURAL GUARDIANS** | : | *Court of Common Pleas* |
| **OF E.K., A MINOR** | : | |
| | : | NO. 202604350 |
| *Plaintiffs,* | : | |
| vs. | : | |
| | : | |
| **WOLF LICENSEE, LLC, et al.** | : | |
| | : | |
| *Defendants.* | : | |

## AFFIDAVIT OF SERVICE

I, Rachel S. Phillips, Esquire, hereby state that I caused to be served upon Defendant, Sinclair Television Group, Inc., a true and correct copy of the time-stamped Complaint on 20 April 2026, as captioned, by Certified Mail, Return Receipt Requested, postage prepaid, under Pennsylvania Rule of Civil Procedure 404, at 10706 Beaver Dam Road, Hunt Valley, MD 21030.  See copy of correspondence, Certified Mail Return Receipt Card and USPS Tracking Information attached hereto as Exhibit "A".

<div style="text-align:center">

**THE BEASLEY FIRM, LLC**

</div>

By:    */s/Rachel S. Phillips*
       RACHEL S. PHILLIPS, ESQUIRE
       *Attorney for Plaintiffs*

Date: 28 April 2026

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA  19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

<div style="text-align:center">

**KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.**
AFFIDAVIT OF SERVICE

</div>

**THE BEASLEY FIRM, LLC**                                    *Attorneys for Plaintiffs*
By:    LANE R. JUBB, JR., ESQ.
        RACHEL S. PHILLIPS, ESQ.
I.D. No.  319272/337963
1125 Walnut Street
Philadelphia, PA  19107-4997
215.592.1000
215.592.8360 (telefax)

| | | |
|---|---|---|
| **JOHN AND APRIL KIVLER, AS** | : | LUZERNE COUNTY |
| **PARENTS AND NATURAL GUARDIANS** | : | *Court of Common Pleas* |
| **OF E.K., A MINOR** | : | |
| | : | NO. 202604350 |
| *Plaintiffs,* | : | |
| vs. | : | |
| | : | |
| **WOLF LICENSEE, LLC, et al.** | : | |
| | : | |
| *Defendants.* | : | |

## CERTIFICATE OF SERVICE

I, Rachel S. Phillips, Esq., hereby certify that the foregoing has been served on the following entities:

Defendant Wolf Licensee, LLC
1181 Highway 315
Wilkes-Barre, PA  18702
*Via U.S. Mail*

Defendant New Age Media Management, LLC
251 Little Falls Drive
Wilmington, DE  19808
*Via U.S. Mail*

Defendant, Fox Corporation
1211 Avenue of the Americas
New York, NY  10036
*Via U.S. Mail*

Defendant Fox Broadcasting Company, LLC
1211 Avenue of the Americas
New York, NY  10036
*Via U.S. Mail*

1

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA  19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
CERTIFICATE OF SERVICE

Defendant Sinclair, Inc.
10706 Beaver Dam Road
Hunt Valley, MD  21030
*Via U.S. Mail*

Defendant Sinclair Broadcast Group, LLC
10706 Beaver Dam Road
Hunt Valley, MD  21030
*Via U.S. Mail*

Defendant Sinclair Television Group, Inc.
10706 Beaver Dam Road
Hunt Valley, MD  21030
*Via U.S. Mail*

**THE BEASLEY FIRM, LLC**

By:    /s/ *Rachel S. Phillips*
RACHEL S. PHILLIPS, ESQ.
*Attorney for Plaintiffs*

Dated: 28 April 2026

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

2

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
CERTIFICATE OF SERVICE

**THE BEASLEY FIRM, LLC**                              *Attorneys for Plaintiffs*
By:    LANE R. JUBB, JR., ESQ.
          RACHEL S. PHILLIPS, ESQ.
I.D. No.  319272/337963
1125 Walnut Street
Philadelphia, PA  19107-4997
215.592.1000
215.592.8360 (telefax)

| | | |
|---|---|---|
| **JOHN AND APRIL KIVLER, AS** | : | LUZERNE COUNTY |
| **PARENTS AND NATURAL GUARDIANS** | : | *Court of Common Pleas* |
| **OF E.K., A MINOR** | : | |
| | : | NO. 202604350 |
| *Plaintiffs,* | : | |
| vs. | : | |
| | : | |
| **WOLF LICENSEE, LLC, et al.** | : | |
| | : | |
| *Defendants.* | : | |

### AFFIDAVIT OF SERVICE

I, Rachel S. Phillips, Esquire, hereby state that I caused to be served upon Defendant, Sinclair, Inc., a true and correct copy of the time-stamped Complaint on 20 April 2026, as captioned, by Certified Mail, Return Receipt Requested, postage prepaid, under Pennsylvania Rule of Civil Procedure 404, at 10706 Beaver Dam Road, Hunt Valley, MD 21030.  See copy of correspondence, Certified Mail Return Receipt Card and USPS Tracking Information attached hereto as Exhibit "A".

**THE BEASLEY FIRM, LLC**

By:    */s/Rachel S. Phillips*
          RACHEL S. PHILLIPS, ESQUIRE
          *Attorney for Plaintiffs*

Date: 28 April 2026

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
AFFIDAVIT OF SERVICE

**THE BEASLEY FIRM, LLC**                                    *Attorneys for Plaintiffs*
By:    LANE R. JUBB, JR., ESQ.
         RACHEL S. PHILLIPS, ESQ.
I.D. No.  319272/337963
1125 Walnut Street
Philadelphia, PA  19107-4997
215.592.1000
215.592.8360 (telefax)

| | | |
|---|---|---|
| **JOHN AND APRIL KIVLER, AS** | : | LUZERNE COUNTY |
| **PARENTS AND NATURAL GUARDIANS** | : | *Court of Common Pleas* |
| **OF E.K., A MINOR** | : | |
| | : | NO. 202604350 |
| *Plaintiffs,* | : | |
| vs. | : | |
| | : | |
| **WOLF LICENSEE, LLC, et al.** | : | |
| | : | |
| *Defendants.* | : | |

## CERTIFICATE OF SERVICE

I, Rachel S. Phillips, Esq., hereby certify that the foregoing has been served on the following entities:

Defendant Wolf Licensee, LLC
1181 Highway 315
Wilkes-Barre, PA  18702
*Via U.S. Mail*

Defendant New Age Media Management, LLC
251 Little Falls Drive
Wilmington, DE  19808
*Via U.S. Mail*

Defendant, Fox Corporation
1211 Avenue of the Americas
New York, NY  10036
*Via U.S. Mail*

Defendant Fox Broadcasting Company, LLC
1211 Avenue of the Americas
New York, NY  10036
*Via U.S. Mail*

1

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA  19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
CERTIFICATE OF SERVICE

Defendant Sinclair, Inc.
10706 Beaver Dam Road
Hunt Valley, MD  21030
*Via U.S. Mail*

Defendant Sinclair Broadcast Group, LLC
10706 Beaver Dam Road
Hunt Valley, MD  21030
*Via U.S. Mail*

Defendant Sinclair Television Group, Inc.
10706 Beaver Dam Road
Hunt Valley, MD  21030
*Via U.S. Mail*

**THE BEASLEY FIRM, LLC**

By:    /s/ *Rachel S. Phillips*
RACHEL S. PHILLIPS, ESQ.
*Attorney for Plaintiffs*

Dated: 28 April 2026

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA  19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

2

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
CERTIFICATE OF SERVICE

**THE BEASLEY FIRM, LLC**                                      *Attorneys for Plaintiffs*
By:    LANE R. JUBB, JR., ESQ.
          RACHEL S. PHILLIPS, ESQ.
I.D. No.  319272/337963
1125 Walnut Street
Philadelphia, PA  19107-4997
215.592.1000
215.592.8360 (telefax)

| | | |
|---|---|---|
| **JOHN AND APRIL KIVLER, AS** | : | LUZERNE COUNTY |
| **PARENTS AND NATURAL GUARDIANS** | : | *Court of Common Pleas* |
| **OF E.K., A MINOR** | : | |
| | : | NO. 202604350 |
| *Plaintiffs,* | : | |
| vs. | : | |
| | : | |
| **WOLF LICENSEE, LLC, et al.** | : | |
| | : | |
| *Defendants.* | : | |

## AFFIDAVIT OF SERVICE

I, Rachel S. Phillips, Esquire, hereby state that I caused to be served upon Defendant, Wolf Licensee, LLC, a true and correct copy of the time-stamped Complaint on 23 April 2026, as captioned, by the Sheriff of Luzerne County, PA, at 1181 Highway 315, Wilkes-Barre, PA 18702.  See copy of Sheriff of Luzerne County's Return of Service form, attached hereto as Exhibit "A".

THE BEASLEY FIRM, LLC

By:    */s/Rachel S. Phillips*
          RACHEL S. PHILLIPS, ESQUIRE
          *Attorney for Plaintiffs*

Date: 28 April 2026

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA  19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
AFFIDAVIT OF SERVICE

**THE BEASLEY FIRM, LLC**                                    *Attorneys for Plaintiffs*
By:    LANE R. JUBB, JR., ESQ.
       RACHEL S. PHILLIPS, ESQ.
I.D. No.  319272/337963
1125 Walnut Street
Philadelphia, PA  19107-4997
215.592.1000
215.592.8360 (telefax)

| | | |
|---|---|---|
| **JOHN AND APRIL KIVLER, AS** | : | LUZERNE COUNTY |
| **PARENTS AND NATURAL GUARDIANS** | : | *Court of Common Pleas* |
| **OF E.K., A MINOR** | : | |
| | : | NO. 202604350 |
| *Plaintiffs,* | : | |
| vs. | : | |
| | : | |
| **WOLF LICENSEE, LLC, et al.** | : | |
| | : | |
| *Defendants.* | : | |

## CERTIFICATE OF SERVICE

I, Rachel S. Phillips, Esq., hereby certify that the foregoing has been served on the following entities:

Defendant Wolf Licensee, LLC
1181 Highway 315
Wilkes-Barre, PA  18702
*Via U.S. Mail*

Defendant New Age Media Management, LLC
251 Little Falls Drive
Wilmington, DE  19808
*Via U.S. Mail*

Defendant, Fox Corporation
1211 Avenue of the Americas
New York, NY  10036
*Via U.S. Mail*

Defendant Fox Broadcasting Company, LLC
1211 Avenue of the Americas
New York, NY  10036
*Via U.S. Mail*

1

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
CERTIFICATE OF SERVICE

Defendant Sinclair, Inc.
10706 Beaver Dam Road
Hunt Valley, MD  21030
*Via U.S. Mail*

Defendant Sinclair Broadcast Group, LLC
10706 Beaver Dam Road
Hunt Valley, MD  21030
*Via U.S. Mail*

Defendant Sinclair Television Group, Inc.
10706 Beaver Dam Road
Hunt Valley, MD  21030
*Via U.S. Mail*

**THE BEASLEY FIRM, LLC**

By:    */s/ Rachel S. Phillips*
       RACHEL S. PHILLIPS, ESQ.
       *Attorney for Plaintiffs*

Dated: 28 April 2026

2

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA  19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

**KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.**
CERTIFICATE OF SERVICE

**THE BEASLEY FIRM, LLC**                    *Attorneys for Plaintiffs*
By:    LANE R. JUBB, JR., ESQ.
         RACHEL S. PHILLIPS, ESQ.
I.D. No.  319272/337963
1125 Walnut Street
Philadelphia, PA  19107-4997
215.592.1000
215.592.8360 (telefax)

| | | |
|---|---|---|
| **JOHN AND APRIL KIVLER, AS** | : | LUZERNE COUNTY |
| **PARENTS AND NATURAL GUARDIANS** | : | *Court of Common Pleas* |
| **OF E.K., A MINOR** | : | |
| | : | NO. 202604350 |
| *Plaintiffs,* | : | |
| vs. | : | |
| | : | |
| **WOLF LICENSEE, LLC, et al.** | : | |
| | : | |
| *Defendants.* | : | |

## PRAECIPE TO REINSTATE COMPLAINT

TO THE PROTHONOTARY:

Kindly reinstate the Complaint, attached hereto as Exhibit "A", filed in the above-

captioned matter.


                                        **THE BEASLEY FIRM, LLC**


                                        By:    */s/Rachel S. Phillips*
                                                 RACHEL S. PHILLIPS, ESQUIRE
                                                 *Attorney for Plaintiffs*

Date: 8 May 2026

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA  19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
PRAECIPE TO REINSTATE COMPLAINT

**THE BEASLEY FIRM, LLC**                         *Attorneys for Plaintiffs*
By:    LANE R. JUBB, JR., ESQ.
       RACHEL S. PHILLIPS, ESQ.
I.D. No.  319272/337963
1125 Walnut Street
Philadelphia, PA  19107-4997
215.592.1000
215.592.8360 (telefax)

| | | |
|---|---|---|
| **JOHN AND APRIL KIVLER, AS** | : | LUZERNE COUNTY |
| **PARENTS AND NATURAL GUARDIANS** | : | *Court of Common Pleas* |
| **OF E.K., A MINOR** | : | |
| | : | NO. 202604350 |
| *Plaintiffs,* | : | |
| vs. | : | |
| | : | |
| **WOLF LICENSEE, LLC, et al.** | : | |
| | : | |
| *Defendants.* | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Rachel S. Phillips, Esq., hereby certify that the foregoing has been served on the following entities:

Defendant Wolf Licensee, LLC
1181 Highway 315
Wilkes-Barre, PA  18702
*Via U.S. Mail*

Defendant New Age Media Management, LLC
251 Little Falls Drive
Wilmington, DE  19808
*Via U.S. Mail*

Defendant, Fox Corporation
1211 Avenue of the Americas
New York, NY  10036
*Via U.S. Mail*

Defendant Fox Broadcasting Company, LLC
1211 Avenue of the Americas
New York, NY  10036
*Via U.S. Mail*

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

<u>KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.</u>
CERTIFICATE OF SERVICE

FILED PROTHONOTARY LUZERNE COUNTY          05/08/2026    09:27:45 AM          Docket # 202604350        Item # 23

Defendant Sinclair, Inc.
10706 Beaver Dam Road
Hunt Valley, MD  21030
*Via U.S. Mail*

Defendant Sinclair Broadcast Group, LLC
10706 Beaver Dam Road
Hunt Valley, MD  21030
*Via U.S. Mail*

Defendant Sinclair Television Group, Inc.
10706 Beaver Dam Road
Hunt Valley, MD  21030
*Via U.S. Mail*

**THE BEASLEY FIRM, LLC**

By:     */s/ Rachel S. Phillips*
RACHEL S. PHILLIPS, ESQ.
*Attorney for Plaintiffs*

Dated:  8 May 2026

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
CERTIFICATE OF SERVICE

**THE BEASLEY FIRM, LLC**                    *Attorneys for Plaintiffs*
By:    LANE R. JUBB, JR., ESQ.
          RACHEL S. PHILLIPS, ESQ.
I.D. No.  319272/337963
1125 Walnut Street
Philadelphia, PA  19107-4997
215.592.1000
215.592.8360 (telefax)

| | | |
|---|---|---|
| **JOHN AND APRIL KIVLER, AS** | : | LUZERNE COUNTY |
| **PARENTS AND NATURAL GUARDIANS** | : | *Court of Common Pleas* |
| **OF E.K., A MINOR** | : | |
| | : | NO. 202604350 |
| *Plaintiffs,* | : | |
| vs. | : | |
| | : | |
| **WOLF LICENSEE, LLC, et al.** | : | |
| | : | |
| *Defendants.* | : | |

## AFFIDAVIT OF SERVICE

I, Rachel S. Phillips, Esquire, hereby state that I caused to be served upon Defendant, New Age Media Management, LLC, a true and correct copy of the time-stamped Complaint on 6 May 2026, as captioned, by Certified Mail, Return Receipt Requested, postage prepaid, under Pennsylvania Rule of Civil Procedure 404, at 251 Little Falls Drive, Wilmington, DE 19808.  See copy of correspondence, Certified Mail Return Receipt Card and USPS Tracking Information attached hereto as Exhibit "A".

                              **THE BEASLEY FIRM, LLC**

                              By:    */s/Rachel S. Phillips*
                                      RACHEL S. PHILLIPS, ESQUIRE
                                      *Attorney for Plaintiffs*

Date: 11 May 2026

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA  19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

**KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.**
AFFIDAVIT OF SERVICE

**THE BEASLEY FIRM, LLC**                         *Attorneys for Plaintiffs*
By:    LANE R. JUBB, JR., ESQ.
       RACHEL S. PHILLIPS, ESQ.
I.D. No.  319272/337963
1125 Walnut Street
Philadelphia, PA  19107-4997
215.592.1000
215.592.8360 (telefax)

| | | |
|---|---|---|
| **JOHN AND APRIL KIVLER, AS** | : | LUZERNE COUNTY |
| **PARENTS AND NATURAL GUARDIANS** | : | *Court of Common Pleas* |
| **OF E.K., A MINOR** | : | |
| | : | NO. 202604350 |
| *Plaintiffs,* | : | |
| vs. | : | |
| | : | |
| **WOLF LICENSEE, LLC, et al.** | : | |
| | : | |
| *Defendants.* | : | |

## CERTIFICATE OF SERVICE

I, Rachel S. Phillips, Esq., hereby certify that the foregoing has been served on the following entities:

Defendant Wolf Licensee, LLC
1181 Highway 315
Wilkes-Barre, PA  18702
*Via U.S. Mail*

Defendant New Age Media Management, LLC
251 Little Falls Drive
Wilmington, DE  19808
*Via U.S. Mail*

Defendant, Fox Corporation
1211 Avenue of the Americas
New York, NY  10036
*Via U.S. Mail*

Defendant Fox Broadcasting Company, LLC
1211 Avenue of the Americas
New York, NY  10036
*Via U.S. Mail*

1

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA  19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

**KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.**
CERTIFICATE OF SERVICE

Defendant Sinclair, Inc.
10706 Beaver Dam Road
Hunt Valley, MD 21030
*Via U.S. Mail*

Defendant Sinclair Broadcast Group, LLC
10706 Beaver Dam Road
Hunt Valley, MD 21030
*Via U.S. Mail*

Defendant Sinclair Television Group, Inc.
10706 Beaver Dam Road
Hunt Valley, MD 21030
*Via U.S. Mail*

**THE BEASLEY FIRM, LLC**

By:    */s/ Rachel S. Phillips*
RACHEL S. PHILLIPS, ESQ.
*Attorney for Plaintiffs*

Dated: 11 May 2026

2

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
CERTIFICATE OF SERVICE

**THE BEASLEY FIRM, LLC**                          *Attorneys for Plaintiffs*
By:    LANE R. JUBB, JR., ESQ.
       RACHEL S. PHILLIPS, ESQ.
I.D. No.  319272/337963
1125 Walnut Street
Philadelphia, PA  19107-4997
215.592.1000
215.592.8360 (telefax)

| | | |
|---|---|---|
| **JOHN AND APRIL KIVLER, AS** | : | LUZERNE COUNTY |
| **PARENTS AND NATURAL GUARDIANS** | : | *Court of Common Pleas* |
| **OF E.K., A MINOR** | : | |
| | : | NO. 202604350 |
| *Plaintiffs,* | : | |
| vs. | : | |
| | : | |
| **WOLF LICENSEE, LLC, et al.** | : | |
| | : | |
| *Defendants.* | : | |

## AFFIDAVIT OF SERVICE

I, Rachel S. Phillips, Esquire, hereby state that I caused to be served upon Defendant, Fox Broadcasting Company, LLC, a true and correct copy of the time-stamped Complaint on 20 April 2026, as captioned, by Certified Mail, Return Receipt Requested, postage prepaid, under Pennsylvania Rule of Civil Procedure 404, at 1211 Avenue of the Americas, New York, NY  10036.  See copy of correspondence, Certified Mail Return Receipt Card and USPS Tracking Information attached hereto as Exhibit "A".


                              **THE BEASLEY FIRM, LLC**

                              By:    */s/Rachel S. Phillips*
                                     RACHEL S. PHILLIPS, ESQUIRE
                                     *Attorney for Plaintiffs*

Date: 21 May 2026

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA  19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
AFFIDAVIT OF SERVICE

**THE BEASLEY FIRM, LLC**                    *Attorneys for Plaintiffs*
By:    LANE R. JUBB, JR., ESQ.
        RACHEL S. PHILLIPS, ESQ.
I.D. No.  319272/337963
1125 Walnut Street
Philadelphia, PA  19107-4997
215.592.1000
215.592.8360 (telefax)

| | | |
|---|---|---|
| **JOHN AND APRIL KIVLER, AS** | : | LUZERNE COUNTY |
| **PARENTS AND NATURAL GUARDIANS** | : | *Court of Common Pleas* |
| **OF E.K., A MINOR** | : | |
| | : | NO. 202604350 |
| *Plaintiffs,* | : | |
| vs. | : | |
| | : | |
| **WOLF LICENSEE, LLC, et al.** | : | |
| | : | |
| *Defendants.* | : | |

## CERTIFICATE OF SERVICE

I, Rachel S. Phillips, Esq., hereby certify that the foregoing has been served on the following entities:

Defendant Wolf Licensee, LLC
1181 Highway 315
Wilkes-Barre, PA  18702
*Via U.S. Mail*

Defendant New Age Media Management, LLC
251 Little Falls Drive
Wilmington, DE  19808
*Via U.S. Mail*

Defendant, Fox Corporation
1211 Avenue of the Americas
New York, NY  10036
*Via U.S. Mail*

Defendant Fox Broadcasting Company, LLC
1211 Avenue of the Americas
New York, NY  10036
*Via U.S. Mail*

1

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA  19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
CERTIFICATE OF SERVICE

Defendant Sinclair, Inc.
10706 Beaver Dam Road
Hunt Valley, MD 21030
*Via U.S. Mail*

Defendant Sinclair Broadcast Group, LLC
10706 Beaver Dam Road
Hunt Valley, MD 21030
*Via U.S. Mail*

Defendant Sinclair Television Group, Inc.
10706 Beaver Dam Road
Hunt Valley, MD 21030
*Via U.S. Mail*

**THE BEASLEY FIRM, LLC**

By:     */s/ Rachel S. Phillips*
         RACHEL S. PHILLIPS, ESQ.
         *Attorney for Plaintiffs*

Dated: 21 May 2026

2

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
CERTIFICATE OF SERVICE

**THE BEASLEY FIRM, LLC**                                    *Attorneys for Plaintiffs*
By:    LANE R. JUBB, JR., ESQ.
         RACHEL S. PHILLIPS, ESQ.
I.D. No.  319272/337963
1125 Walnut Street
Philadelphia, PA  19107-4997
215.592.1000
215.592.8360 (telefax)

| | | |
|---|---|---|
| **JOHN AND APRIL KIVLER, AS** | : | LUZERNE COUNTY |
| **PARENTS AND NATURAL GUARDIANS** | : | *Court of Common Pleas* |
| **OF E.K., A MINOR** | : | |
| | : | NO. 202604350 |
| *Plaintiffs,* | : | |
| vs. | : | |
| | : | |
| **WOLF LICENSEE, LLC, et al.** | : | |
| | : | |
| *Defendants.* | : | |

## AFFIDAVIT OF SERVICE

I, Rachel S. Phillips, Esquire, hereby state that I caused to be served upon Defendant, Fox Corporation, a true and correct copy of the time-stamped Complaint on 20 April 2026, as captioned, by Certified Mail, Return Receipt Requested, postage prepaid, under Pennsylvania Rule of Civil Procedure 404, at 1211 Avenue of the Americas, New York, NY  10036.  See copy of correspondence, Certified Mail Return Receipt Card attached hereto as Exhibit "A".

**THE BEASLEY FIRM, LLC**

By:    */s/Rachel S. Phillips*
         RACHEL S. PHILLIPS, ESQUIRE
         *Attorney for Plaintiffs*

Date: 21 May 2026

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
AFFIDAVIT OF SERVICE

**THE BEASLEY FIRM, LLC**                                    *Attorneys for Plaintiffs*
By:    LANE R. JUBB, JR., ESQ.
       RACHEL S. PHILLIPS, ESQ.
I.D. No.  319272/337963
1125 Walnut Street
Philadelphia, PA  19107-4997
215.592.1000
215.592.8360 (telefax)

| | | |
|---|---|---|
| **JOHN AND APRIL KIVLER, AS** | : | LUZERNE COUNTY |
| **PARENTS AND NATURAL GUARDIANS** | : | *Court of Common Pleas* |
| **OF E.K., A MINOR** | : | |
| | : | NO. 202604350 |
| *Plaintiffs,* | : | |
| vs. | : | |
| | : | |
| **WOLF LICENSEE, LLC, et al.** | : | |
| | : | |
| *Defendants.* | : | |

## CERTIFICATE OF SERVICE

I, Rachel S. Phillips, Esq., hereby certify that the foregoing has been served on the following entities:

Defendant Wolf Licensee, LLC
1181 Highway 315
Wilkes-Barre, PA  18702
*Via U.S. Mail*

Defendant New Age Media Management, LLC
251 Little Falls Drive
Wilmington, DE  19808
*Via U.S. Mail*

Defendant, Fox Corporation
1211 Avenue of the Americas
New York, NY  10036
*Via U.S. Mail*

Defendant Fox Broadcasting Company, LLC
1211 Avenue of the Americas
New York, NY  10036
*Via U.S. Mail*

1

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA  19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
CERTIFICATE OF SERVICE

Defendant Sinclair, Inc.
10706 Beaver Dam Road
Hunt Valley, MD  21030
*Via U.S. Mail*

Defendant Sinclair Broadcast Group, LLC
10706 Beaver Dam Road
Hunt Valley, MD  21030
*Via U.S. Mail*

Defendant Sinclair Television Group, Inc.
10706 Beaver Dam Road
Hunt Valley, MD  21030
*Via U.S. Mail*

**THE BEASLEY FIRM, LLC**

By:    */s/ Rachel S. Phillips*
RACHEL S. PHILLIPS, ESQ.
*Attorney for Plaintiffs*

Dated: 21 May 2026

2

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA  19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

KIVLER V. NEW AGE MEDIA MANAGEMENT, LLC, ET AL.
CERTIFICATE OF SERVICE